IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED PARCEL SERVICE OF AMERICA, INC. AND MNX GLOBAL INTERMEDIATE HOLDINGS, INC.<br><br>*Plaintiffs*,<br><br>v.<br><br>JOHN G. LABRIE,<br><br>*Defendant*. | Civil Action No. _____<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff United Parcel Service of America, Inc. discloses that it is wholly owned by United Parcel Service, Inc, a publicly held company. No publicly held company owns more than 10% of the stock of United Parcel Service, Inc.

Plaintiff MNX Global Intermediate Holdings, Inc. discloses that it is wholly owned by United Parcel Service of America, Inc.

*[Signature follows on next page]*

Dated: February 13, 2025

OF COUNSEL:

JASON C. SCHWARTZ*
THOMAS J. MCCORMAC IV*
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C.  20036-4504
Telephone:  (202) 955-8500
jschwartz@gibsondunn.com
tmccormac@gibsondunn.com

CHRISTINE DEMANA*
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
Telephone: (214) 698-3100
CDemana@gibsondunn.com

* Application for admission *pro hac vice* forthcoming.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP


By: */s/ Timothy R. Dudderar*
    Timothy R. Dudderar (#3890)
    John A. Sensing (#5232)
    Tyler E. Cragg (#6398)
    1313 N. Market Street, 6th Floor
    Wilmington, Delaware 19899-0951
    Telephone:  (302) 984-6000
    tdudderar@potteranderson.com
    jsensing@potteranderson.com
    tcragg@potteranderson.com

*Attorneys for United Parcel Service of America, Inc. and MNX Global Intermediate Holdings, Inc.*