IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED PARCEL SERVICE OF AMERICA, INC., MNX GLOBAL INTERMEDIATE HOLDINGS, INC., AND MNX GLOBAL LOGISTICS CORP.,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOHN LABRIE,<br><br>*Defendant.* | C.A. No. 25-cv-00179-CFC<br><br>**JURY TRIAL DEMANDED** |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                       ) SS.
COUNTY OF NEW CASTLE   )

I, Tyler E. Cragg, being duly sworn, depose and say:

1. I am an attorney admitted to practice before the Courts of the State of Delaware and am an associate at the law firm of Potter Anderson & Corroon LLP, counsel to Plaintiffs United Parcel Service of America, Inc., MNX Global Intermediate Holdings, Inc., and MX Global Logistics Corp. (collectively, "Plaintiffs") in the above-captioned action.

2. On April 22, 2025, Plaintiffs filed the following notices of subpoena in the above-captioned action:

- Notice of Issuance of Subpoena upon Greg Peters (D.I. 26)

- Notice of Issuance of Subpoena upon Nate Gesse (D.I. 27)
- Notice of Issuance of Subpoena upon Quantix SCS, LLC (D.I. 28)
- Notice of Issuance of Subpoena upon Paul Gettings (D.I. 29)
- Notice of Issuance of Subpoena upon Heather Glenn (D.I. 30)

3. On April 22, 2025, counsel for Plaintiffs contacted Murphy Klasing, counsel for Quantix SCS, LLC, Mr. Peters, Mr. Gesse, Mr. Gettings, and Ms. Glenn, regarding accepting service of the aforementioned subpoenas.

4. I submit this affidavit to certify that, on April 23, 2025, counsel for Quantix SCS, LLC, Mr. Peters, Mr. Gesse, Mr. Gettings, and Ms. Glenn accepted service of the subpoenas. Correspondence reflecting Mr. Klasing's acceptance of service is attached hereto as Exhibit A.

5. The same day, copies of the subpoenas directed to Quantix SCS, LLC, Mr. Peters, Mr. Gesse, Mr. Gettings, and Ms. Glenn were provided to Mr. Klasing.

Dated: April 24, 2025

_____
Tyler E. Cragg (#6398)
tcragg@potteranderson.com

SWORN TO AND SUBSCRIBED

before me this 24th day of April, 2025

_____
Notary Public

RACHEL MARIE SAVAGE
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Jan. 24, 2026

My Commission Expires: January 24, 2026

2