| Attorney or Party without Attorney:<br>Tyler E. Cragg, Esq.<br>Potter Anderson & Corroon LLP<br>1313 N Market St PO Box 951<br>Wilmington, DE 19801<br>  *Telephone No:* 302-984-6212<br>  *Attorney For:* United Parcel Service of America, Inc. and MNX Global Intermediate Holdings, Inc. | **For Court Use Only** |
|---|---|
| | *Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
USDC-District of Delaware

*Plaintiff:* United Parcel Service of America, Inc., et al.
*Defendant:* John G. Labrie

| PROOF OF SERVICE | Hearing Date:<br>5/06/25 | Time:<br>12:00am | Dept/Div: | Case Number:<br>1:25-cv-00179-CFC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

3. a. Party served:   Matt Ackerman
   b. Person served:  Matt Ackerman (, White male about 6 feet tall 180 pounds between 40 and 45 years old wearing glasses.)

4. Address where the party was served:   16166 Martincoit Road, Poway, CA 92064

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Sat, Apr 26 2025 (2) at: 03:48 PM

Recoverable cost Per CCP 1033.5(a)(4)(B)

6. **Person Who Served Papers:**
   a. Jacob Gardner (3173, San Diego County)
   b. FIRST LEGAL
      530 B Street, Suite 1050
      SAN DIEGO, CA 92101
   c. (619) 231-9111

   d. **The Fee** for Service was:
   e. I am: A Registered California Process Server

7. **I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

04/29/2025
*(Date)*

*(Signature)*



Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

13156998
(405345)