| Attorney or Party without Attorney:<br>Tyler E. Cragg, Esq.<br>Potter Anderson & Corroon LLP<br>1313 N Market St PO Box 951<br>Wilmington, DE 19801<br>Telephone No: 302-984-6212<br><br>Attorney For: United Parcel Service of America, Inc. and MNX Global Intermediate Holdings, Inc. | Ref. No. or File No.: | For Court Use Only |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
USDC-District of Delaware

Plaintiff: United Parcel Service of America, Inc., et al.
Defendant: John G. Labrie

| PROOF OF SERVICE | Hearing Date:<br>5/06/25 | Time:<br>12:00am | Dept/Div: | Case Number:<br>1:25-cv-00179-CFC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

3. a. Party served:    Tim Kutz
   b. Person served:  Tim Kutz, Caucasian, Male, Age: 50, Hair: Bald, Height: 5'10", Weight: 190

4. Address where the party was served:   1931 West Southmeadow Lane, Lake Forest, IL 60045

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Sat, Apr 26 2025 (2) at: 09:13 AM

6. Person Who Served Papers:
   a. Roger Burton 129.290815
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

   d. *The Fee for Service was:*

7. I declare under penalty of perjury that the foregoing is true and correct.

5/1/25
(Date)

(Signature)



PROOF OF SERVICE

13157044
(405349)