# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED PARCEL SERVICE OF AMERICA, INC., AND MNX GLOBAL INTERMEDIATE HOLDINGS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> JOHN LABRIE, <br><br> *Defendant*. | C.A. No. 25-cv-00179-CFC <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on June 6, 2025, I caused a true and correct copy of: i) Plaintiffs United Parcel Service of America, Inc. and MNX Global Intermediate Holdings, Inc.'s Responses and Objections to Defendant John G. Labrie's First Set of Interrogatories to UPS and MNX; ii) Plaintiffs United Parcel Service of America, Inc. and MNX Global Intermediate Holdings, Inc.'s Responses and Objections to Defendant John G. Labrie's Second Set of Requests for Production to UPS and MNX; and iii) Plaintiffs United Parcel Service of America, Inc. and MNX Global Intermediate Holdings, Inc.'s Responses and Objections to Defendant John G. Labrie's Third Sets of Requests for Production to UPS and MNX to be served by electronic mail upon the following counsel of record:

12284659v.1

| | |
|---|---|
| Aaron Sayers, Esq.<br>McDermott Will & Emery<br>The Brandywine Building<br>1000 N West Street, Suite 1400<br>Wilmington, DE  19801<br>asayers@mwe.com | Mark Nelson, Esq.<br>McDermott Will & Emery<br>444 West Lake Street<br>Chicago, IL  60606-0029<br>mnelson@mwe.com |
| Brian Mead, Esq.<br>McDermott Will & Emery<br>444 West Lake Street<br>Chicago, IL  60606-0029<br>bmead@mwe.com | Rachel Cowen, Esq.<br>McDermott Will & Emery<br>444 West Lake Street<br>Chicago, IL  60606-0029<br>rcowen@mwe.com |

OF COUNSEL:
(*Admitted *pro hac vice*)

Jason C. Schwartz*
Thomas J. McCormac IV*
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C.  20036-4504
(202) 955-8500 – Telephone
jschwartz@gibsondunn.com
tmccormac@gibsondunn.com

Christine Demana*
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, Texas 75201-2911
(214) 698-3100 – Telephone
cdemana@gibsondunn.com

Dated:  June 6, 2025

POTTER ANDERSON & CORROON LLP

By: */s/ Tyler E. Cragg*
  Timothy R. Dudderar (#3890)
  John A. Sensing (#5232)
  Tyler E. Cragg (#6398)
  13131 N. Market Street, 6th Floor
  Wilmington, DE 19801
  (302) 984-6000 – Telephone
  tdudderar@potteranderson.com
  jsensing@potteranderson.com
  tcragg@potteranderson.com

*Attorneys for United Parcel Service of America, Inc., and MNX Global Intermediate Holdings, Inc.,*